**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Jane Doe, a minor,
Plaintiff                                                    Case No.: 9:25-CV-80665
v.
The School District of Palm Beach County,
Defendant

**PLAINTIFF'S NOTICE OF FILING CORRECTED SUMMONS**

Plaintiff Jane Doe, by and through undersigned counsel, files this Corrected Summons due to a clerical error in the case number on the original summons filed on [date]. The corrected summons is attached hereto.

DATED this 6th day of June, 2025.

Respectfully submitted,

| | | |
|---|---|---|
| **HAIRSTON & CROOKS LEGAL GROUP** | | **CHIN LAW** |
| 261 N. University Dr. Suite 500 | | 33 SW 2nd Avenue, Suite 1100 |
| Plantation, Florida 33324 | | Miami, FL 33130 |
| Tel: (305) 315-2399 | | Tel: (786) 505-1225 |
| Fax: (954) 405-8555 | | |
| | | |
| By: */s/ Shawn L.M. Hairston* | By: */s/ Duane A. Crooks* | By: */s/ Katherine A. Chin* |
| Shawn L.M. Hairston, Esq. | Duane A. Crooks, Esq. | Katherine A. Chin, Esq. |
| Florida Bar No.: 110046 | Florida Bar No.: 0672841 | Florida Bar No.: 1004417 |
| shairston@hcleaglgroup.com | dcrooks@hcleaglgroup.com | kc@legalchin.com |
| sierra@hclegalgroup.com | admin@hclegalgroup.com | |