**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JANE DOE, a minor,

Plaintiff                                                                                          Case No.: 9:25-CV-80665-RS

v.

THE SCHOOL DISTRICT OF PALM BEACH COUNTY,

Defendant

## NOTICE OF CHANGE OF FIRM NAME

**COMES NOW** the undersigned counsel for Plaintiff and respectfully notifies the Court and all parties that the firm affiliation listed in prior filings was entered in error. Counsel has not been affiliated with Lydecker Diaz at any time during the pendency of this matter.

The correct firm affiliation is:

**Hairston & Crooks Legal Group**

Please note that the address, phone number, and email remain the same. This notice is submitted in compliance with S.D. Fla. Local Rule 11.1(g) and CM/ECF Administrative Procedures Section 3D. Counsel respectfully requests that the Clerk update the records accordingly.

Respectfully submitted,

**HAIRSTON & CROOKS LEGAL GROUP**
66 West Flagler St., Suite 900
Miami, FL 33130
Tel: 305-315-2399

| By: */s/ Shawn L.M. Hairston* | By: */s/ Duane A. Crooks* |
|---|---|
| Shawn L.M. Hairston, Esq. | Duane A. Crooks, Esq. |
| Florida Bar No.: 110046 | Florida Bar No.: 0672841 |
| shairston@hclegalgroup.com | dcrooks@hclegalgroup.com |
| sierra@hclegalgroup.com | admin@hclegalgroup.com |

## **CERTIFICATE OF SERVICE**

       HEREBY CERTIFY that on this 24th day of June, 2025, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will serve a copy on all counsel of record.

Respectfully submitted,

                            **HAIRSTON & CROOKS LEGAL GROUP**
                            261 N University Drive, Suite 500
                            Plantation, FL 33324
                            Tel: 305-315-2399

By: */s/ Shawn L.M. Hairston*      By: */s/ Duane A. Crooks*
Shawn L.M. Hairston, Esq.      Duane A. Crooks, Esq.
Florida Bar No.: 110046        Florida Bar No.: 0672841
shairston@hclegalgroup.com    dcrooks@hclegalgroup.com
sierra@hclegalgroup.com        admin@hclegalgroup.com