UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80665-CIV-SMITH

JANE DOE,

    Plaintiff,

v.

THE SCHOOL DISTRICT OF
PALM BEACH COUNTY, FLORIDA,

    Defendant.

_____/

**ORDER OF REFERENCE**

It is **ORDERED** that the following motions are **REFERRED** to Magistrate Judge Reinhart for appropriate rulings: Plaintiff's Motion to Proceed in forma pauperis [DE 5].

DONE and ORDERED in Fort Lauderdale, Florida, this 29th day of August, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record