UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Jane Doe, a minor,
Plaintiff.

Case No.: 9:25-CV-80665

v.

The School District of Palm Beach County,
Defendant.

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, by and through undersigned counsel, and hereby files this Notice of Voluntary Dismissal Without Prejudice as to all claims against Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January 2026, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which will serve all counsel of record.

**HAIRSTON & CROOKS LEGAL GROUP**
66 W Flagler Street Suite 900
Miami, FL 33130
Tel: (305) 315-2399
Fax: (954) 405-8555

| By: /s/ Shawn L.M. Hairston | By: /s/ Duane A. Crooks |
|---|---|
| Shawn L.M. Hairston, Esq. | Duane A. Crooks, Esq. |
| Florida Bar No. 110046 | Florida Bar No.: 672841 |
| shairston@hclegalgroup.com | dcrooks@hclegalgroup.com |
| sierra@hclegalgroup.com | admin@hclegalgroup.com |